

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 16, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 7/17/08

*Via Facsimile*

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

    Re:    <u>United States v. Shelton and Bendal Holt,</u>
                07 Cr. 1146 (DC)

Dear Judge Daniels:

        The Government respectfully requests that Your Honor schedule a plea hearing for the above-named defendants on August 13, 2008, at 12 p.m.

        The Government also requests that Your Honor exclude time in the above-referenced matter until August 13, 2008. Such an exclusion is warranted because it will allow the parties to finalize dispositions in this matter.

*Approved. The time until 8/13/08 ~~at noon~~ is excluded for speedy trial*

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

                  By:

                        Kenneth Allen Polite, Jr.
                        Assistant United States Attorney
                        (212) 637-2412

cc:    Johnny Woluewich, Esq. (via facsimile)

*purposes, in the interest of justice and in light of the parties' discussions. So ORDERED, 7/17/08 WDS*